AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-filing*

**DEFENDANT - U.S.**

► GUILLERMO PONCE

**DISTRICT COURT NUMBER**

CR 07 0580 MAG

### PENALTY:
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-07-70504 JCS

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5                                  E-filing
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,     CR 07  0580
14 |    Plaintiff,                 )  VIOLATION: Title 18, United States Code,
                                   )  Section 1028(a)(4) – Possession of an
15 | v.                            )  Identification Document with Intent to
                                   )  Defraud the United States (Class A
16 | GUILLERMO PONCE,              )  Misdemeanor)
      a/k/a Rigoberto Gonzalez,    )
17    a/k/a Ruben Gomez,           )
                                   )  SAN FRANCISCO VENUE
18 |    Defendant.                 )
19 _____
20
21                      **INFORMATION**
22 The United States Attorney charges:
23 On January 11, 2007, in the Northern District of California, the defendant,

                        GUILLERMO PONCE,
24                 a/k/a Rigoberto Gonzalez,
                      a/k/a Ruben Gomez,
25
26 knowingly possessed an identification document, authentication feature, or false identification
27 document, that was not an identification document issued lawfully for his use, to wit: California
28 //
   //

INFORMATION

FILED
07 SEP 11 AM 11: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

1 | Driver's License number B4905541, bearing the name Ruben Gomez, with the intent that such
2 | document or feature be used to defraud the United States, in violation of Title 18, United States
3 | Code, Section 1028(a)(4), a Class A Misdemeanor.

5 | DATED: 9/11/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

11 | (Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION