AO 86A (Rev. 4/91) Consent to Proceed -- Misdemeanor

# United States District Court

DISTRICT OF

2007 SEP 26  AM 10: 44

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES OF AMERICA

V.

GUILLERMO PONCE

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

CASE NUMBER: CR 07- 0580 MAG

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.**

X _/s/ Guillermo Ponce_ , 
                                             Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.** _____
                                                                                        Defendant

Consented to by United States _____
                                                            Signature

_____
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____ ,
                                                     Defendant

---

_/s/_ _____        Approved By: _/s/_ _____
Defendant's Attorney (if any)                              U. S. Magistrate Judge

9/26/07
Date