rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): | |
|---|---|---|---|
| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | REPORTER/FTR 9:47-10:04 (17 min) | |
| MAGISTRATE JUDGE NANDOR J. VADAS | DATE September 26, 2007 | NEW CASE ☐ | CASE NUMBER CR07-0580 MAG |

### APPEARANCES

| DEFENDANT Guillermo Ponce | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Ron Tyler | PD. ☐ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Shubhra Shivpuri, LC | INTERPRETER Melinda Basker - Spanish | | | FIN. AFFI. ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

Stamp: RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA 2007 SEP 26 AM 10:43

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☒ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 1/7/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. NJV | ☐ DETENTION HEARING | | ☐ MOTIONS | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Sentencing by phone. Counsel and deft to appear in courtroom of the duty magistrate judge (EDL).

cc: Gloria, Lili, USPO

DOCUMENT NUMBER: