1 | BARRY J. PORTMAN
Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
19 th Floor, Box 36106
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00580 MAG (NJV) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| GUILLERMO PONCE, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for January 7, 2008, be continued to February 11, 2008 or as soon thereafter as the matter may be heard. The reason for the stipulation is that counsel for Mr. Ponce will be out of the district on leave on the presently set date.

//
//
//
//
//

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
*U.S. v. Ponce*, No. CR 07-00580        1

1   All parties are available on the requested date.

2   IT IS SO STIPULATED.

3

4   Dated:   December 27, 2007                   _____/S/_____
                                                  RONALD C. TYLER
5                                                 Assistant Federal Public Defender

6

7   Dated:   December 24, 2007                   _____/S/_____
                                                  WENDY M. THOMAS
8                                                 Assistant United States Attorney

9

10                          **[PROPOSED] ORDER**

11       GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the

12  aforementioned matter currently set for January 7, 2008, shall be continued to February 11, 2008.

13

14  **IT IS SO ORDERED**.

15

16  Dated: _____         _____
                                           HONORABLE NANDOR J. VADAS
17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26