BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00580 MAG (NJV) |
| ) | |
| Plaintiff, ) | **STIPULATION TO RESET HEARING** |
| ) | **AT NEW TIME; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| GUILLERMO PONCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for February 11, 2008 at 9:30 a.m. shall be reset for 11:00 a.m. on the same day.

All parties are available on the requested date.

    IT IS SO STIPULATED.

Dated:  January 23, 2008              _____/S/_____
                                                       RONALD C. TYLER
                                                       Assistant Federal Public Defender

Dated:  January 22, 2008              _____/S/_____
                                                       WENDY M. THOMAS
                                                       Assistant United States Attorney

1  **[PROPOSED] ORDER**

2  It is hereby ORDERED that the hearing in the aforementioned matter currently set for

3  February 11, 2008 at 9:30 a.m. be reset for 11:00 a.m. on the same day.

4

5  **IT IS SO ORDERED**.

6

7  Dated: _____    _____
                                      HONORABLE NANDOR J. VADAS
8                                     UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO RESET
HEARING AT NEW TIME;
[PROPOSED] ORDER
*U.S. v. Ponce*, No. CR 07-00580                 2