BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone:  (415) 436-7700


Counsel for Defendant PONCE




IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR 07-00580 MAG (NJV) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO RESET HEARING** |
| | ) | **AT NEW TIME; [~~PROPOSED~~] ORDER** |
| v. | ) | |
| | ) | |
| GUILLERMO PONCE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


        Defendant and the government, through their respective counsel, hereby stipulate that,

subject to the court's approval, the hearing in the above-captioned matter, presently scheduled

for February 11, 2008 at 9:30 a.m. be reset for 11:00 a.m. on the same day.

All parties are available on the requested date.

        IT IS SO STIPULATED.


Dated:    January 23, 2008                  _____/S/_____
                                            RONALD C. TYLER
                                            Assistant Federal Public Defender


Dated:    January 22, 2008                  _____/S/_____
                                            WENDY M. THOMAS
                                            Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

It is hereby ORDERED that the hearing in the aforementioned matter currently set for February 11, 2008 at 9:30 a.m. be reset for 11:00 a.m. on the same day.

**IT IS SO ORDERED**.


Dated: January 29, 2008                              _____
                                                      HONORABLE NANDOR J. VADAS
                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO RESET
HEARING AT NEW TIME;
[PROPOSED] ORDER
*U.S. v. Ponce*, No. CR 07-00580                    2