**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

GUILLERMO PONCE

        Defendant.

_____/

No. CR 07-0580 NJV

**SEALING ORDER**

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒    Presentence Report

☐    Plea Agreement

☐    _____
       (Other)

**IT IS SO ORDERED.**

Dated:  2/25/08

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE
JUDGE