02/29/2008 05:34 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

Case No. DCAN307CR000580    US V PONCE

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GUILLERMO PONCE | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611015874 | 1 | PR | 25.00 | 02/14/2008 |

Division Payment Total    25.00

Grand Total    25.00

$25.00   SPECIAL ASSESSMENT
         PAID IN FULL

on 2-14-08

Page 1 of 1